IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PATRICK BUSH and KRASHINA MCMILLAN,<br><br>        Plaintiff,<br><br>    v.<br><br>LAZER SPOT, INC.,<br><br>        Defendant. | Case No. 1:21-cv-04727-LMM |

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Upon application of Plaintiff Patrick Bush and Defendant Lazer Spot, Inc. (collectively, "Parties") and the Court's review of the Parties' Settlement Agreement, the Court concludes that the terms of the Parties' Settlement Agreement are reasonable and satisfactory.  Therefore, the Court hereby Orders that the Parties' Settlement Agreement, attached as Exhibit A to the Joint Motion, is approved.

The Court further Orders this case administratively closed for 30 days from the date of this Order, to allow the Parties to complete the settlement, including agreed upon payments, and during which time either Party may, if the other Party breaches, reopen the case to enforce the Settlement Agreement or to proceed with the litigation of the case.  Should neither Party reopen the case within thirty (30) days,  then all claims brought or that could have been brought in the case shall be automatically dismissed with prejudice.

82241674v.1

**IT IS SO ORDERED**

This the __25th__ day of __May__, 2022.

_____
Leigh Martin May
UNITED STATES DISTRICT JUDGE