**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

PATRICK BUSH and
KRASHINA MCMILLAN,

     Plaintiffs,

v.                           CASE NO. 1:21-cv-04727-LMM

LAZER SPOT, INC., A
GEORGIA CORPORATION,

     Defendant.

_____/

**<u>JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2), Plaintiff, KRASHINA MCMILLAN, and Defendant, LAZER SPOT, INC., hereby stipulate to entry of an order dismissing this action **WITHOUT PREJUDICE.**[1]

Respectfully submitted, this 2nd day of June 2022.

---

[1] This Court previously approved the settlement for Plaintiff, Patrick Bush, on May 25, 2022 [D.E. 16].

| | |
|---|---|
| **/s/ C. RYAN MORGAN** | **/s/ CARY R. BURKE** |
| C. Ryan Morgan, Esquire | Cary R. Burke |
| FBN 0015527 | Georgia Bar No. 757627 |
| Morgan & Morgan, P.A. | caburke@seyfarth.com |
| 20 N. Orange Ave, 15th Floor | Brett C. Bartlett |
| Orlando, FL 32801 | Georgia Bar No. 040510 |
| *MAILING ADDRESS:* | bbartlett@seyfarth.com |
| *P.O. Box 530244* | SEYFARTH SHAW LLP |
| *Atlanta, GA 30353-0244* | 1075 Peachtree Street, N.E. |
| T: (407) 420-1414 | Suite 2500 |
| F: (407) 245-3401 | Atlanta, GA 30309-3958 |
| E:  RMorgan@forthepeople.com | T: (404) 885-1500 |
| *Attorney or Plaintiff* | F: (404) 892-7056 |
| | *Attorney for Defendant* |

84046244v.1